UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLYN GREENE,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUEACCORD CORP,<br><br>        Defendant. | Case No. 19-cv-06651-EMC<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 37 |

On May 19, 2020, the Court granted motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 19, 2020

_____
EDWARD M. CHEN
United States District Judge